# Exhibit B

**AMENDMENT NO. 1 TO**
**CO-DEVELOPMENT, LICENSE AND SUPPLY AGREEMENT**

This Amendment No. 1 to Co-Development, License And Supply Agreement ("Amendment") is made as of October 5th, 2023 (the "Effective Date"), by and between Endo Ventures Unlimited Company, an Irish company ("Endo") on the one hand, and RK Pharma, Inc., a Delaware corporation having offices at Building 215/215A, 401 North Middletown Road, Pearl River, New York 10965, USA ("RK Pharma"), and Apicore Pharmaceuticals Pvt. Ltd., an Indian company with offices at Block No. 252-253, NH228, Dhobikuwa, Gujarat 391440, India ("Apicore" and collectively with RK Pharma, the "RK Parties"), on the other hand.

**RECITALS:**

WHEREAS, Endo and the RK Parties have entered into that certain Co-Development, License And Supply Agreement dated as of December 31, 2021 (the "Co-Development Agreement") pursuant to which the Parties agreed to collaborate on the further development of the API, as defined in the Co-Development Agreement.

WHEREAS, Endo and the RF Parties desire to amend the Co-Development Agreement on the terms and subject to the conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants, terms and conditions set forth in this Amendment, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Endo and the RK Parties hereby agree as follows:

1. Amendment to Co-Development Agreement. The Co-Development Agreement is hereby amended or modified as follows:

(a) The Development Plan set out at Annex A to this Amendment is inserted into the Co-Development Agreement as Exhibit A.

(b) In Schedule 2.1.4, the section entitled "Specifications" is deleted and replaced with Annex B hereto.

2. Effect of this Amendment.

(a) The amendments to the Co-Development Agreement set forth in this Amendment shall be deemed to be incorporated in, and made a part of, the Co-Development Agreement. Effective upon execution of this Amendment by each of the parties hereto, each reference in the Co-Development Agreement to "this Agreement," "hereunder," "herein," "hereby," or words of like import referring to the Co-Development Agreement, and each reference to the Co-Development Agreement in the exhibits thereto, shall mean and be a reference to the Co-Development Agreement as amended by this Amendment.

(b) Except as expressly modified by this Amendment, the Co-Development Agreement is and will remain unmodified and in full force and effect. Anything to the contrary in this Amendment notwithstanding, in the event of a conflict between the terms

and conditions of this Amendment and the terms and conditions of the Co-Development Agreement, the terms and conditions of this Amendment shall govern.

3. Miscellaneous. This Amendment (a) and the legal relations between the parties hereto, shall be governed by and construed in accordance with the laws of the State of New York (without giving effect to the conflict of laws principles thereof that would result in the application of the law of a different jurisdiction), (b) may only be amended, restated, supplemented or otherwise modified, and any provision hereof may only be waived, by written agreement duly executed by the parties hereto, (c) may be executed in counterparts, including by DocuSign, email transmission of a PDF signature page, or other electronic transmission, each of which shall be deemed an original and all of which shall constitute a single agreement, and (d) shall be binding upon and inure to the benefit of and be enforceable by the parties hereto and their respective successors and permitted assigns.

[*Signature page follows*]

IN WITNESS WHEREOF, the parties have caused this Amendment to be duly executed and delivered as of the day and year first above written.

**ENDO VENTURES UNLIMITED COMPANY**

DocuSigned by:

By: James Papp

FA6BDAE5DAA0460...

Name: James Papp

Title: Director

ENDO MTK LEGAL

**APICORE PHARMACEUTICALS PVT. LTD.**

By: ____________________

Name: Dr. Jayaraman Kannappan

Title: CEO

**RK PHARMA, INC.**

By: V. Prasad

Name: Vure Prasad

Title: Vice President, Legal

# Annex A

PPS Timelines

| Sr. No. | Key Activities | Sample Availability timeline | Analysis timeline | | Purpose of Sample | Stability details | Sample Quantity to be shipped to PAR |
|---|---|---|---|---|---|---|---|
| | | | Best Case | Worst Case | | | |
| 1 | Development Activities to address Acetyl ratio & Xyl*6 10g 1st Sample | 20th Aug-23 | 5th Sep-23 | 15th Sep-23 | To evaluate Acetyl ratio and Xyl*6 by 2D NMR (NMR and Critical tests) | Not to be performed | Not to be shipped |
| 2 | 10g 2nd Sample | 15th Sep-23 | 30th Sep-23 | 15th Oct-23 | | | |
| 3 | 100 g Scale up Batch (#013 process) Based on KSM availability and other activity planning batch size has been planned as 100g. | 15th Sep-23 | 30th Sep-23 | 15th Oct-23 | To evaluate process reproducibility in Scale-up (Complete specification and Sameness) The Acetyl & Xylose content expected to be same as #13 and cannot be further closer to RLD | Not to be performed | 78 gm to be shipped by Mid oct |
| 4 | 100g Scale up Batch (improved process) | For process evaluaton to improve the Acetyl ratio & Xylose*6 (Only critical In-house tests and $^{1}H$ NMR to be performed) No other sameness tests to be performed. | | | | | |
| 5 | 500g Scale-up Batch | 5th Oct-23 | 25th Oct-23 | 20th Nov-23 | Scale-up with improved process (Complete specification and Sameness) | Stability for 1,2 and 3 Months to be initiated. $T_0$ ~10th Oct $T_1$ 10th Nov $T_2$ 10th Dec $T_3$ 10th Jan | 100 g Sample will be shipped if required by PAR. |
| 6 | 1st Scale up Batch (2.5 Kg Output) | 10th Nov-23 | 30th Nov-23 | 31st Dec-23 | Scale up batch to be initiated based on initial 1H NMR of 500g batch without waiting for complete 2D NMR result. | Accelerated and Longterm Stability to be performed as per stability spec agreed and attached in specs addendum | 2.5 Kg Sample to be shipped |
| 7 | 2nd & 3rd Scale up Batch (2.5 Kg Output) | 31st Dec-23 | 31st Jan-24 | 28th Feb-24 | Scale up batch to be initiated based on result of 500g Batch. | | 2.5 Kg Sample to be shipped per batch |

Note: LC-MS analysis for FD sample will be performed for 1 lot of RLD and 2 Samples (500g Lab Scale-up batch) and 1st Scale-up batch. Sample to be shipped around 10th Nov.

# Annex B

Pentosan polysulfate specification

| Pentason Polysulfate API (Apicore) Specification and Sameness Test Requirement Summary | | | | | |
|---|---|---|---|---|---|
| Sr. No. | Sameness Tests | Specification limit* | Stability | Critical test to be performed by Apicore on all 500 gms + 3 scaleup batches with new process | Remark |
| 1 | **Description** | Off white to light yellow coloured powder free from foreign matter | ✓ | ✓ | |
| 2 | **Identification by IR** | Should be concordant with standard Pentosan polysulfate specific IR Bands: 3500, 1620, 1240, 1100 cm-1 | ✓ | ✓ | |
| 3 | **Capillary Electrophoresis** | Finger print region peaks of spectrum of the test should match to that of API extracted from RLD | ✓ | ✓ | currently it is under development, CE data can be skipped on existing process scaleup batch but should be generated on 3 scale up batches of final process. |
| 4 | **Raman** | Pentosan polysulfate specific Raman Bands: 2985, 1376, 1073, 1028 $cm^{-1}$ | ✓ | ✓ | |
| 5 | **Water content** | NMT 10% | ✓ | ✓ | |
| 6 | **Visibility of Toluidine blue** | Should be negative | ✓ | ✓ | |
| 7 | **Test of Sodium** | Dense Precipitate formed | X | ✓ | |
| 8 | **Solubility** | Water and EtOH | ✓ | ✓ | |
| 9 | **SOR** | between -55 to -70 | ✓ | ✓ | |
| 10 | **ROI** | NMT 45.0% | ✓ | ✓ | Proposed limit is ok but need to confirm on the basis of RLD. Limits can be relooked. |
| 11 | **Assay (on anhydrous basis) (%w/w)** | 97.0 to 103.0 % | ✓ | ✓ | |
| 12 | **Any individual imp by GPC** | NMT 0.1% | ✓ | ✓ | |
| 13 | **Total Imp** | NMT 0.5% | ✓ | ✓ | |
| 14 | **Methoxy content by UV** | NMT 1% | ✓ | ✓ | Data needs to be generated new UV derivatization method |
| 15 | **Methoxy Glucuronic acid content** | 2.00 to 6.26 | ✓ | ✓ | Can be derived from the Methoxy content method. |
| 16 | **Barium content (by ICP-OES)** | NMT 70 ppm | X | ✓ | |
| 17 | **Sulfur content (by ICP-OES)** | 15.0 to 18.2% | ✓ | ✓ | Proposed limit is ok but need to confirm on the basis of RLD. Limits can be relooked. |
| 18 | **Sodium content (by ICP-OES)** | 11.0 to 14.0% | ✓ | ✓ | Proposed limit is ok but need to confirm on the basis of RLD. Limits can be relooked. |
| 19 | **Calcium content (by ICP-OES)** | NMT 750 ppm | X | ✓ | |
| 20 | **Total Divalent Cationa (Ca, Mg,Zn, Ba) by ICP-OES** | NMT 1000 ppm | X | ✓ | |
| 21 | **Sulfate content** | NMT 1.0% | ✓ | ✓ | |
| 22 | **Chloride content** | NMT 0.5% | ✓ | ✓ | |
| 23 | **Free glucuronic acid conntent** | NMT 0.10% | ✓ | ✓ | |
| 24 | **Average Molecular weight (Da)** | | | | |
| | **Mw by SEC MALS** | (4000 - 6000) Da | ✓ | ✓ | Further based on RLD data this can be relooked. Request Apicore to inject RLD and test sample together for better clarity. |
| | **Mn by SEC MALS** | For Information | ✓ | ✓ | |
| | **PDI value by SEC MALS** | NMT 1.5 | ✓ | ✓ | |
| | **Mw by GPC** | (4000 - 6000) Da | ✓ | ✓ | Current batch release can be done by GPC but sample should be send for SEC MALS, as our release of all 3 scaleup batches and validation batches is by SEC MALS. This is required to set the correlation between |
| | **Mn by GPC** | For Information | ✓ | ✓ | |
| | **PDI value by GPC** | NMT 1.5 | ✓ | ✓ | |
| 25 | **PXRD** | Amorphous | ✓ | ✓ | |

| Sr. No. | Sameness Tests | Specification limit* | Stability | Critical test to be performed by Apicore on all 500 gms + 3 scaleup batches with new process | Remark |
|---|---|---|---|---|---|
| 26 | **Monosaccharide Building Blocks** | | | | |
| I | **Total Xylose Content (By NMR)** | | | | |
| a | Total Xylose ($^{1}$Xyl+XylNR) (in %) | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data can be derived from NMR and available for existing lot except PNTS/22/06/01 |
| b | $^{1}$Xyl* 2 (in %) | | ✓ | ✓ | |
| c | $^{1}$Xyl* 3 (in %) | | ✓ | ✓ | |
| d | $^{1}$Xyl* 4 (in %) | | ✓ | ✓ | |
| e | $^{1}$Xyl* 5 (in %) | | ✓ | ✓ | |
| f | $^{1}$Xyl* 6 (in %) | | ✓ | ✓ | |
| g | $^{1}$ Xyl* 7 (in %) | | ✓ | ✓ | |
| h | $^{1}$ Xyl* 8 (in %) | | ✓ | ✓ | This data can be derived from NMR and should be available for new process sacle batches for better correlation and future reference, as we have not seen any data for this impurity in the lots received from Apicore |
| i | $^{1}$ Xyl* 9 (in %) | | ✓ | ✓ | |
| j | $^{1}$ Xyl* 10 (in %) | | ✓ | ✓ | |
| k | $^{1}$ Xyl* 11 (in %) | | ✓ | ✓ | |
| II | **Carboxyl acidic group or 4-MGA Branching & Content** | | | | |
| l | $^{1}$MGA-(Xyl) + $^{1}$MGA-(Xyl$_{3Ac}$) (in %) | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data can be derived from NMR and available for existing lot except PNTS/22/06/01 |
| m | MGA tot (in %) | | ✓ | ✓ | |
| III | **Anomeric configuration** | | | | |
| n | $^{1}$Xyl-αRed | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data can be derived from NMR and available for existing lot except PNTS/22/06/01 |
| o | $^{1}$Xyl-βRed | | ✓ | ✓ | |
| p | $^{1}$Xyl-αRed: $^{1}$Xyl-βRed | | ✓ | ✓ | |
| IV | **Monosaccharide Residues(Ratio of acetylated to non-acetylated branched xylose unit)** | | | | |
| q | $^{1}$Xyl$_{3Ac}$-(MGA) | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data can be derived from NMR and available for existing lot except PNTS/22/06/01 |
| r | AcXyl3Ac/Ac.tot | | ✓ | ✓ | |
| V | **Monosaccharide Residues** | | | | |
| s | $^{1}$Xyl-py-α | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data can be derived from NMR and available for existing lot except PNTS/22/06/01 |
| t | $^{1}$Xyl-py-β | | ✓ | ✓ | |
| u | $^{1}$delta-Xyl | | ✓ | ✓ | |
| v | $^{3}$delta-Xyl | | ✓ | ✓ | |
| w | $^{3}$delta-Xyl-CHO | | ✓ | ✓ | |
| 27 | **1D and 2D NMR Quantification** | | | | |
| a | Sulfation Level and Pattern: Should match the pattern of RLD | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data we have not seen in existing lots and RLD provided by APICORE suggest this data should be available with all 3 scale up batches of new process API |
| b | Degree for Acetylation | | ✓ | ✓ | This data can be derived from NMR and should be available for existing process and new process sacle batches for better correlation and future reference, |
| 28 | **Mass Spectroscopy** | | | | |
| | a) Monoisotopic mass, (Xyl$_n$S$_{2n+1}$) | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data we have not seen in existing lots and RLD provided by APICORE suggest this data should be available with all 3 scale up batches of new process API. Request Apicore to inject RLD and test sample together for better clarity. |
| | b) Mol wt of single polymerize chain. | | ✓ | ✓ | |
| | c) LC-MS methods for building block characterization. (LC-MS based characterization of PPS-Xylose units, Xylose-MGA units & impurities.) | | ✓ | ✓ | |
| | **Ionic Species (By IC)** | | | | |

| Sr. No. | Sameness Tests | Specification limit* | Stability | Critical test to be performed by Apicore on all 500 gms + 3 scaleup batches with new process | Remark |
|---|---|---|---|---|---|
| 29 | All ionic Species should be identified and quantified, this should match the RLD | Within RLD range, atleast 6 lots or more should be tested to decide the range | ✓ | ✓ | Point came in our recent discussion. We suggest this data should be generated for better corellation and future refference. Request Apicore to inject RLD and test sample together for better clarity. |
| 30 | **Average Molecular weight Distribution (Da)** | | | | |
| | Distribution at lower Range | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data we have not seen in existing lots and RLD provided by APICORE suggest this data should be available with all 3 scale up batches of new process API. Request Apicore to inject RLD and test |
| | Distribution at middle Range | | ✓ | ✓ | |
| | Distribution at Higher Range | | ✓ | ✓ | |
| 31 | **Lower Molecular weight Impurities method (By HPLC)** | | | | |
| a | All lower mol wt impurities should be identified and quantified, this should match the RLD | Within RLD range, atleast 6 lots or more should be tested to decide the range. | ✓ | ✓ | This data we have not seen in existing lots and RLD provided by APICORE suggest this data should be available with all 3 scale up batches of new process API. Request Apicore to inject RLD and test sample together for better clarity. |
| b | **Force Degradation data for Impurities and Assay method** API degradation should be done at all parameters like Acid, Base, Oxidation, photo, thermal etc and Assay and impurity methods (including HPLC, NMR and Ion contents eg sodium, sulfer, glucuronlic), this should match the RLD | For Information | ✓ | ✓ | This data we have not seen in existing lots and RLD provided by APICORE suggest this data should be generated in both APIs as this data is important. Request Apicore to inject RLD and test sample together for better clarity. |
| 32 | **Residual Solvent HS-GC (ppm)** | | | | |
| A | **Method I** | | | | |
| a | Methanol | NMT 3000 ppm | X | ✓ | |
| b | Acetone | NMT 5000 ppm | X | ✓✓ | A cutoff study on Acetone degradant may be required on 3 scale up batches of new process API. |
| c | Diisopropyl ether | NMT 98 ppm | X | ✓ | |
| d | Acetic acid | NMT 5000 ppm | X | ✓ | |
| B | **Method II** | | | | |
| a | N,N-Dimethyl formamide | NMT 880 ppm | X | ✓ | |
| 33 | **Pyridine (By HPLC) ppm** | NMT 200 | X | ✓ | |
| 34 | **Particle size distribution** | | | | |
| a | d(10) | For Information | ✓ | ✓ | |
| b | d(50) | For Information | ✓ | ✓ | |
| c | d(90) | Between 150 to 300 | ✓ | ✓ | |
| 35 | **Tapped density g/cc** | NLT 0.62 | X | ✓ | |
| 36 | **BET** | NMT 0.19 EU/mg | ✓ | ✓ | |
| 37 | **MLT** | | | | |
| a | TAMC | NMT 10^2 | ✓ | ✓ | |
| b | TYMC | NMT 10^1 | ✓ | ✓ | |
| 38 | **Test for Specified Microbes** | | | | |
| a | E Coli | Abscent /g | ✓ | ✓ | |
| b | S. Aureus | Abscent /g | ✓ | ✓ | |
| c | P. Aeruginosa | Abscent /g | ✓ | ✓ | |
| d | Salmonela | Abscent /g | ✓ | ✓ | |
| e | Bile tolerant gram negetive bacteria | Abscent /g | ✓ | ✓ | |

**Note :**

**1. This proposed specification from PAR is based on current updates, the same will be reassessed after having multiple lot data from Apicore and RLD.**

**2.PAR may have to incorporate new test in future based on recent characterization updates from agency or any relevant research article.**