# Exhibit C

endo

June 19, 2025

**Via UPS and Email**

RK Pharma, Inc.,
Building 215/215A, 401
North Middletown Road
Pearl River, NY 10965
Attn: Dr. Ravishanker Kovi
Email: Ravi@rkpharmainc.com

Sheppard Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Shon Glusky
Email: sglusky@sheppardmullin.com

**Re: Co-Development, License and Supply Agreement dated December 31, 2021 by and among Endo Operations Limited's predecessor-in-interest, Endo Ventures Limited, RK Pharma, Inc., and Apicore Pharmaceuticals Pvt. Ltd for Pentosan and Amendment No. 1 dated October 5, 2023 (collectively, the "Agreement")**

Dear Colleagues,

I write to follow up on the conversation between our teams on June 16, 2025.

Endo hereby immediately terminates the Agreement pursuant to Section 13.2.7, based on Endo's reasonable determination that the RK Parties have not been able to timely provide batches conforming to the required Specifications and meeting the sameness/ characterization tests in accordance with Annex B, including, for example, molecular weight.

Pursuant to Section 13.3.2 of the Agreement, we request that the RK Parties refund to Endo, the Milestone Payment of $1.5M that Endo made pursuant to Section 6.1, within thirty (30) days of receipt of this letter. There are no further amounts due to either party under the Agreement as of the date of this letter.

Pursuant to Section 13.4 of the Agreement, the following provisions shall survive termination: Article 1 (definitions), Section 9.1 (ownership of intellectual property), Article 10 (confidentiality and public disclosure), Article 12 (indemnification), Section 13.3 (effect of termination), Section 13.4 (survival), Article 14 (insurance), and Article 15 (miscellaneous).

Pursuant to Section 13.3.3 of the Agreement, Endo retains the license to the RK Parties Intellectual Property under Section 9.3.1 on a perpetual, non-exclusive basis.

This letter shall be governed by and construed in accordance with the laws of the State of New York, without reference to the choice of law principles thereof other than those that may permit designation of New York law.

By signing this letter, you hereby acknowledge and agree to its terms.

If you should have any questions associated with this notice, please feel free to contact me at Papp.James2@endo.com or 353 -1- 2682102.

Sincerely,

**ENDO OPERATIONS LIMITED**

Signed by:
James Papp
Signer Name: James Papp
Signing Reason: I approve this document
Signing Time: 6/19/2025 | 6:12:07 AM EDT
FA6BDAE5DAA0460A85FD62163080BFEB

**James Papp**
Director

**Acknowledged and Agreed:**

______________________________
RK Pharma, Inc.

**Acknowledged and Agreed:**

______________________________
Apicore Pharmaceuticals Pvt. Ltd.