UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PH Health Limited

Plaintiff(s)

- v -

RK Pharma, Inc.

Defendant(s)

**RULE 7.1 STATEMENT**

1:25-cv-10767

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiff PH Health Limited

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PH Health Limited states that PH Health Limited is a nongovernmental corporate entity and is a wholly owned indirect subsidiary of Mallinckrodt plc. Mallinckrodt plc is a publicly traded company that has no parent corporation and is the only publicly traded company that owns 10% or more of the stock of PH Health Limited.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

PH Health Limited is a corporation organized under the laws of Ireland with its principal place of business in Dublin, Ireland, and is therefore a citizen of Ireland for purposes of diversity jurisdiction. No other individual or entity's citizenship is attributed to PH Health Limited.

RK Pharma, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in New York, and is therefore a citizen of Delaware and New York for purposes of diversity jurisdiction. No other individual or entity's citizenship is attributed to RK Pharma, Inc.

12/30/25

Date

/s/ Eric Roman

Signature of Attorney

ER-7928

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).



RESET PRINT SAVE