UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PH HEALTH LIMITED,

Plaintiff,

-against-

RK PHARMA, INC.,

Defendant.

Case No. 1:25-cv-10767-ALC

**DECLARATION OF ERIC ROMAN IN SUPPORT OF PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT FROM THE CLERK OF THE COURT**

I, Eric Roman, declare as follows:

1. I am an attorney at ArentFox Schiff LLP, counsel of record for Plaintiff PH Health Limited ("Plaintiff" or "PHL") in the above-captioned action, and am a member of the bar of this Court. I have personal knowledge of the facts set forth herein or know them based on my review of the record in this case, and if called as a witness, I could and would testify competently thereto.

2. I respectfully submit this Declaration in support of Plaintiff's Request for Certificate of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Civil Rules for the Southern District of New York.

3. On December 30, 2025, Plaintiff filed its Complaint in this action against Defendant RK Pharma, Inc. ("Defendant" or "RK Pharma"), a Delaware corporation with offices at Building 215/215A, 401 North Middletown Road, Pearl River, New York 10965. The Complaint asserts claims for breach of contract, declaratory judgment, and unjust enrichment arising out of RK Pharma's failure to timely manufacture and deliver three conforming validation batches of pentosan polysulfate active pharmaceutical ingredient ("API") and to complete

specified sameness/characterization testing, as required by the parties' Co-Development, License and Supply Agreement dated December 31, 2021, as amended October 5, 2023 (the "Agreement"), and RK Pharma's subsequent failure to refund $1,500,000 in milestone payments following termination of the Agreement.

4. On January 6, 2026, the Summons and Complaint, together with the Civil Cover Sheet, Rule 7.1 Statement, Rules of Judge Carter, Rules of Judge Aaron, and ECF Rules & Instructions, were served upon Defendant RK Pharma, Inc. by service upon the Secretary of State of the State of New York pursuant to Section 306 of the Business Corporation Law. Service was effected by delivering to and leaving with Nancy Earley, an agent of the Secretary of State of the State of New York, two (2) true copies of the Summons and Complaint with exhibits and the accompanying documents, and paying the requisite forty dollar ($40.00) fee. A true and correct copy of the Affidavit of Service, filed with this Court on January 29, 2026, is attached hereto as Exhibit A.

5. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a defendant must serve an answer or other responsive pleading within 21 days after being served with the summons and complaint. Defendant was served on January 6, 2026. Defendant's answer or other responsive pleading was due on or before January 27, 2026.

6. As of the date of this Declaration, Defendant has failed to plead or otherwise defend this action within the time allowed by the Federal Rules of Civil Procedure. Specifically, Defendant has not filed an answer, motion to dismiss, or any other responsive pleading, nor has Defendant requested an extension of time in which to respond to the Complaint.

7. A review of the Court's docket in this action confirms that Defendant has not made any appearance in this action, either through counsel or pro se, and has not filed any papers whatsoever in response to the Complaint.

8. Upon information and belief, Defendant RK Pharma, Inc. is a Delaware corporation and is not an infant, incompetent person, or in military service. As a corporate entity, the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, does not apply to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 13, 2026
New York, New York

By:______________________________

Eric Roman (ER-7928)
ArentFox Schiff LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040
Tel. 212.492.3283
Fax 212.484.3990
eric.roman@afslaw.com
*Counsel for Plaintiff*
*PH Health Limited*