UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PH HEALTH LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>RK PHARMA, INC.,<br><br>Defendant. | Case No. 1:25-cv-10767-ALC<br><br>**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT** |

Plaintiff PH Health Limited ("Plaintiff"), by its counsel ArentFox Schiff LLP, requests that the Clerk issue a certificate of default as to Defendant RK Pharma, Inc. ("Defendant"). The accompanying Declaration of Eric Roman In Support of Plaintiff's Request For Certificate of Default From the Clerk Of the Court, submitted pursuant to Fed. R. Civ. P. 55(a) and L. Civ. R. 55.1, shows that Defendant (1) is not an infant or incompetent person; (2) is not in the military service; (3) was properly served under Fed. R. Civ. P. 4 and that proof of said service was filed with the Court; and (4) has defaulted by failing to answer, move, or otherwise appear in the above-captioned action.

Dated: New York, New York
February 13, 2026

**ARENTFOX SCHIFF LLP**

By: *_/s/ Eric Roman_*
Eric Roman
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040
Tel. 212.492.3283
Fax 212.484.3990
eric.roman@afslaw.com
*Counsel for Plaintiff PH Health Limited*